IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | Eric J Brutout<br>Heather L Brutout | : | Bankruptcy No. 19-20164-JAD |
| | | : | Chapter 13 |
| | Debtor(s) | : | |
| | | : | |
| | | : | Claim No.: 10 |
| Movant | U.S. Bank Trust National Association | : | |
| | | : | |
| | v. | : | |
| | | : | |
| Respondent (if none, then "No Respondent") | | : | |
| | No Respondent | : | |

NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:
   Creditor Name:    U.S. Bank Trust National Association
   Incorrect Address:  Selene Finance, LP
                          9990 Richmond Ave.
                          Suite 400 South
                          Houston TX 77042

Corrected Address:
   Creditor Name:    U.S. Bank Trust National Association
   Correct Address:   Selene Finance LP
                          Attn: BK Dept
                          3501 Olympus Blvd, Suite 500
                          Dallas, TX 75019

Dated June 6, 2022

/s/ Charles G. Wohlrab
Electronic Signature of Debtor(s)' Attorney

Charles G. Wohlrab, Esq.
Typed Name

10700 ABBOTT'S BRIDGE ROAD, Ste. 170, Duluth, GA 30097
Address

(470) 321-7112 Ext. 257
Phone No.

314532
Bar I.D. and State of Admission

## CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that on __June 6, 2022___, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

ERIC J BRUTOUT
4504 38TH AVENUE
NEW BRIGHTON, PA 15066

HEATHER L BRUTOUT
4504 38TH AVENUE
NEW BRIGHTON, PA 15066

And via electronic mail to:

EDGARDO D SANTILLAN
SANTILLAN LAW, PC
908 22ND ST.
ALIQUIPPA, PA 15001

RONDA J. WINNECOUR
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219

UNITED STATES TRUSTEE
LIBERTY CENTER, SUITE 970
1001 LIBERTY AVENUE
PITTSBURGH, PA 15222

By: /s/ Angela Gill