UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Lance Patrick Alexander,<br>Terri Ann Alexander,<br>        Debtor,<br>Lance Patrick Alexander,<br>Terri Ann Alexander,<br>        Movant,<br><br>V.<br><br>PENNYMAC LOAN SERVICES, LLC,<br>        Respondent., | Case No. 17-21820-JAD<br><br>Related Document: Claim 4 Notice of Mortgage Payment Change filed June 7, 2021 at *doc*<br><br>Document No. 141 |

## DECLARATION OF PLAN SUFFICIENCY

After review of the PENNYMAC LOAN SERVICES, LLC, notice of mortgage payment change filed June 6, 2021 at *doc* the Debtors' current Chapter 13 Plan dated August 21-2020 filed at Document 130 is sufficient because this Notice reduces the Debtors' escrow payment by approximately five dollars per month.

Respectfully,

/s/David A. Colecchia, Esquire

David A. Colecchia
PA.I.D.No. 71830
David A. Colecchia and Associates
LAW CARE
324 South Maple Ave.
Greensburg, PA 15601
(724)-837-2320
(724)-837-0602
colecchia542@comcast.net