**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re: Lance Patrick Alexander and
Terri Ann Alexander,
      Debtors,

Bankruptcy Case No.: 17-21820-JAD
Related to Doc. 155, 156
Chapter: 13
Docket No.: 157
Hearing December 22, 2021 at 10:00AM

Terri Ann Alexander,
      Movant,

Americredit Financial Services, PRA Receivables Management LLC, Peoples Natural Gas Company LLC, Plaza Home Mortgage, AT&T Mobility II LLC, Americredit Financial Services, Atlantic Credit & Finance, CACH LLC, Excela Health Medical Group, FrontLine Asset Strategies, LVNV Funding LLC, Latrobe Area Hospital, Mark Graytok, Onemain, Pennymac Loan Services LLC, Somerset Trust Company, Southwest Credit Systems, Square One Financial, Verizon, DSNB Macy's, West Penn Power, Ronda J. Winnecour, Chapter 13 Trustee
      Respondents,

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on the __13__ day of _____December_____ , __2021__, I served a copy of the *Notice and Order Setting Hearing on an Expedited Basis* and *this COS* by Prepaid United States First Class Mail at Attached List:


AT&T Mobility
P.O. Box 6416
Carol Stream, IL 60197

Mr. and Mrs. Terri Alexander
114 Bouquet Street
Ligonier, PA 15658

AmeriCredit Financial Services
P.O. Box 183853
Arlington, TX 76096

Atlantic Credit & Finance
111 Franklin Road, SE, Suite500
Roanoke, VA 24011-2114

CACH, LLC its successors and assigns
c/o Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603


Excela Health Medical Group
P.O. Box 645189
Pittsburgh, PA 15264

Frontline Asset Strategies
2700 Snelling Avenue, North, suite 250
Saint Paul, MN 55113

GM Financial
P.O. Box 181145
Arlington, TX 76096

LVNV Funding, LLC its successors and assigns
c/o Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603

Latrobe Area Hospital
134 Industrial Park Road, Suite 2400
Greensburg, PA 115601

Mark Graytok
2 Pineview Place Suite #1
235 Humphrey Road
Greensburg, PA 15601

OneMain
P.O. Box 3251
Evansville IN 47731

PRA Receivables Management LLC
P.O. Box 41021
Norfolk, VA 23541

Pennsylvania Department of Revenue
Department 280946
P.O. Box 280946
Attn.: Bankruptcy Division
Harrisburg, PA 17128

Somerset Trust Company
151 West Main Street
Somerset, PA 15501

Southern CA
2420 Professional Drive
Rocky Mount, NC 27804

Southwest Credit Systems
4120 International Parkway, Suite 1100
Carrollton, TX 75007

Square One Financial/CACH LLC
P.O. Box 5980
Denver, CO 80127

Verizon Wireless
Attn.: Bankruptcy Administrator
500 Technology Drive, Suite 500
Weldon, Springs, MO 63304

West Penn Power
5001 NASA Boulevard
Fairmont, WV 26554

Visa Department Store National Bank/Macy's

Attn.: Bankruptcy
P.O. Box 8053
Mason, OH 45040

**17-21820-JAD Notice of this COS only will be electronically mailed to the following**

Jerome B. Blank on behalf of Creditor Pennymac Loan Services, LLC
pawb@fedphe.com

David A. Colecchia on behalf of Debtor Lance Patrick Alexander
colecchia542@comcast.net, dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekudlock@my-lawyers.us

David A. Colecchia on behalf of Joint Debtor Terri Ann Alexander
colecchia542@comcast.net, dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekudlock@my-lawyers.us

Celine P. DerKrikorian on behalf of Creditor Plaza Home Mortgage Inc.
ecfmail@mwc-law.com

Mario J. Hanyon on behalf of Creditor Pennymac Loan Services, LLC
pawb@fedphe.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Thomas Song on behalf of Creditor Pennymac Loan Services, LLC
pawb@fedphe.com

Ann E. Swartz on behalf of Creditor Plaza Home Mortgage
ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

S. James Wallace on behalf of Creditor Peoples Natural Gas Company LLC
sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Executed on:  December 13, 2021           <u>/s/Justin P. Schantz</u>
         Justin P. Schantz, Esq.
         PA  I.D. 210198
         David A. Colecchia and Associates
         324 S. Maple Ave.
         Greensburg, PA 15601
         724-837-2320
         724-837-0602-fax
         jschantz@my-lawyers.us