## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 17-21820-JAD |
| Lance Patrick Alexander and | : | Chapter 13 |
| Terri Ann Alexander | : | |
| Debtors, | : | |

NOTICE OF<br>CHANGE OF ADDRESS AND NAME

Undeliverable Address

| | |
|---|---|
| Creditor Name: | Square One Financial/ CACH LLC |
| Incorrect Address: | P.O. Box 5980 |
| | Denver, CO 80127 |

Corrected Address:

| | |
|---|---|
| Creditor Name: | Square One Financial/CACH LLC |
| Correct Address: | 680 Langsdorf Drive, Suite 108 |
| | Fullerton, CA 92831 |

/s/David A. Colecchia, Esquire

Dated: January 9, 2022

Electronic Signature of Debtor(s)' Attorney
Law Care
David A. Colecchia and Associates
324 South Maple Ave.
Greensburg, PA 15601
724-837-2320
PA Bar I.D. 71830
dcolecchia@my-lawyers.us